(No. 73-CC-253)

LINCOLN OFFICE SUPPLY COMPANY, INC., Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed June 20, 1973.*

LINCOLN OFFICE SUPPLY CO., INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-260)

HAROLD L. HUFFMAN, President, Regional Board of School Trustees, Vermilion County, Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed June 20, 1973.*

HAROLD L. HUFFMAN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.